| PROB 22 (Rev. 2/88) | DOCKET NUMBER *(Tran. Court)* |
|---|---|
| **TRANSFER OF JURISDICTION** | 17CR03883-001-JLS |

| | DOCKET NUMBER *(Rec. Court)* |
|---|---|
| | **CR 23-00133-EJD** |

| NAME AND ADDRESS OF | DISTRICT | DIVISION |
|---|---|---|
| Guadalupe Rivera<br>Northern District of California | Southern California | San Diego |

| NAME OF SENTENCING JUDGE |
|---|
| Janis L. Sammartino<br>U.S. District Judge |

| DATES OF | FROM | TO |
|---|---|---|
| Supervised Release | 08/05/2021 | 8/04/2026 |

**OFFENSE**

21 U.S.C. §§ 952 and 960, Importation of 500 Gram and More of Methamphetamine, a Class A felony

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>SOUTHERN DISTRICT OF CALIFORNIA</u>

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605 the jurisdiction of the Supervised Releasee named above be transferred with the records of the Court to the United States District Court for the Northern District of California upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court. *

| 04/11/2023 | *Janis L. Sammartino* |
|---|---|
| Date | Janis L. Sammartino<br>U.S. District Judge |

*This sentence may be deleted at the discretion of the transferring Court.

---

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that jurisdiction over the above-named be accepted and assumed by this Court from and after the entry of this order.

| May 3, 2023 | |
|---|---|
| Effective Date | United States District Judge |

rjm
4175433